FILED

OCT 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES LAMONT MOORE,<br><br>              Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, Warden,<br><br>              Respondent. | No. 12-72397<br><br><br>ORDER |

Before:  GOULD, CLIFTON, and BYBEE, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C.

§ 2254 habeas corpus petition in the district court is denied.  Petitioner has not

made a prima facie showing under 28 U.S.C. § 2244(b)(2) that:

> (A)  the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

> (B)(i)  the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the petitioner guilty of the underlying offense.

MT/MOATT

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case.  *See* 28 U.S.C. § 2244(b)(3)(E).